TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JORGE SANDOVAL AUDEVES,

Petitioner,

v.

TODD BLANCHE, *et al.*

Respondents.

Case No. 2:26-cv-02063-RFB-MDC

**Order Granting Joint Stipulation to Extend Time for Federal Respondents to File Response to Petitioner's First Amended Petition (ECF No. 10)**

**FIRST REQUEST**

Federal Respondents and Petitioner, by and through their respective undersigned counsel, hereby submit this Stipulation for a one-week extension of time from July 31, 2026 up to and including **August 7, 2026**, for Federal Respondents to file their response to Petitioner's First Ameded Petition (ECF No. 10). Federal Respondents conferred with Petitioner's counsel regarding this one-week extension, and Petitioner's counsel agreed. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline from July 31, 2026, up to and including **August 7, 2026**, for

/ / /

/ / /

Federal Respondents to file their Response to Petitioner's First Amended Petition (ECF No. 10). This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 31st day of July 2026.

Rene L. Valladares
Federal Public Defender

*/s/ Maria N. Jacob*
Maria N. Jacob
Assistant Federal Public Defender
*Attorneys for Petitioner*

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney
*Attorneys for Federal Petitioners*

**IT IS SO ORDERED:**

**United States District Judge**

**DATED:** August 3, 2026